SJACKSON LEWIS P.C.
CAROLYN G. BURNETTE (SBN 191294)
SIERRA VIERRA (SBN 307874)
JAMES C. ANDERSON (SBN 296579)
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
E-mail:  *carolyn.burnette@jacksonlewis.com*
          *sierra.vierra@jacksonlewis.com*
          *james.anderson@jacksonlewis.com*

Attorneys for Defendant
SP PLUS CORPORATION

KING & SIEGEL, LLP
JULIAN BURNS KING (SBN 298617)
ELLIOT J. SIEGEL (SBN 286798)
724 S. Spring Street, Suite 201
Los Angeles, CA  90014
Telephone:  (213) 465-2802
Facsimile:   (213) 465-2803
E-mail: *julian@kingsiegel.com*
         *elliot@kingsiegel.com*

Attorneys for Plaintiff
WENDY SANAMÉ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY SANAMÉ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SP PLUS CORPORATION, a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00681-JAM-AC<br><br>Hon. John A. Mendez<br>Magistrate Judge Allison Claire<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE FEBRUARY 9, 2021 HEARING DATE**<br><br>**Date:         February 9, 2021**<br>**Time:         1:30 P.M.**<br><br>Complaint Filed: 02/18/20<br>Removal:           04/01/20<br>Trial Date:        10/25/21 |

1

Based on the Stipulation of the parties and good cause having been shown, **IT IS HEREBY ORDERED** that the hearing on Plaintiff's motion to amend the complaint currently set for February 9, 2021 is rescheduled to March 23, 2021.

IT IS SO ORDERED.

DATED:  December 8, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE